UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

THEODORE MINUTH,

        Defendant.
_____/

**INDICTMENT**

The Grand Jury charges:

(Theft of Government Property)

From in or about July 2013 and continuing to in or about April 2023, in Ingham County, in the Southern Division of the Western District of Michigan and elsewhere, the defendant,

THEODORE MINUTH,

willfully and knowingly embezzled, stole, purloined and converted to his own use or the use of another property of the United States having a value exceeding $1,000 to wit: benefit payments totaling approximately $122,813 made by the Social Security Administration to W.M., a deceased person.

18 U.S.C. § 641

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_____
JOEL S. FAUSON
Assistant United States Attorney